IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Boone, Regina S

Printed: 12/02/08

Case Number: 07 B 08792
Judge: Squires, John H
Filed: 5/14/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: July 30, 2008
Confirmed: July 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,694.98 |  |
| Secured: |  | 955.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,434.00 |
| Trustee Fee: |  | 259.55 |
| Other Funds: |  | 1,046.43 |
| Totals: | 5,694.98 | 5,694.98 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,434.00 | 3,434.00 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Village of Dolton | Secured | 500.00 | 45.00 |
| 4. | Nationwide Acceptance Corp | Secured | 5,281.79 | 910.00 |
| 5. | Option One Mortgage Corp | Secured | 17,668.99 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 284.77 | 0.00 |
| 7. | Condor Capital Corp | Unsecured | 1,411.43 | 0.00 |
| 8. | Nicor Gas | Unsecured | 106.70 | 0.00 |
| 9. | Midnight Velvet | Unsecured | 38.61 | 0.00 |
| 10. | Edfinancial Services | Unsecured |  | No Claim Filed |
| 11. | Edfinancial Services | Unsecured |  | No Claim Filed |
| 12. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 13. | Edfinancial Services | Unsecured |  | No Claim Filed |
| 14. | Cache Inc | Unsecured |  | No Claim Filed |
| 15. | Edfinancial Services | Unsecured |  | No Claim Filed |
| 16. | Edfinancial Services | Unsecured |  | No Claim Filed |
| 17. | Edfinancial Services | Unsecured |  | No Claim Filed |
| 18. | Edfinancial Services | Unsecured |  | No Claim Filed |
| 19. | Edfinancial Services | Unsecured |  | No Claim Filed |
| 20. | Pellettieri & Associates | Unsecured |  | No Claim Filed |
| 21. | Ed South | Unsecured |  | No Claim Filed |
| 22. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
| 23. | M.A.C.R.O.S. | Unsecured |  | No Claim Filed |
| 24. | Pellettieri & Associates | Unsecured |  | No Claim Filed |
| 25. | Ed South | Unsecured |  | No Claim Filed |
| 26. | Ed South | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Boone, Regina S

Printed: 12/02/08

Case Number:  07 B 08792
Judge:  Squires, John H
Filed:  5/14/07

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Merchant Credit Guide | Unsecured |  | No Claim Filed |
|  |  | $ 28,726.29 | $ 4,389.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 209.20 |
| 6.5% | 48.44 |
| 6.6% | 1.91 |
|  | $ 259.55 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

